**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Destry J. MARCOTTE, Defendant–**
**Appellant.**

**Nos. 15–1266 and 15–1271**

United States Court of Appeals,
Seventh Circuit.

June 14, 2016

Norman R. Smith, Attorney, Emily J. Wasserman, Attorney, Office of the United States Attorney, Civil Division, Fairview Heights, IL, for Plaintiff–Appellee.

Craig M. Sandberg, Attorney, Muslin & Sandberg, Chicago, IL, for Defendant–Appellant.

**IT IS ORDERED** that the opinion and judgment dated June 13, 2016 are **VACATED** as improvidently issued.